# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF | 5:21-cr-00177-JWH |
| v. | |
| Todd Eugene Cannady | **NOTICE OF JURISDICTION/ TREATY TRANSFER-IN** |
| DEFENDANT(S). | |

To: All Parties/Counsel of Record

The Court has approved the

- [✓] supervised release
- [ ] probation
- [ ] treaty

transfer-in for the case referred to above.

The matter has been assigned to United States [✓] District Judge John W. Holcomb

[ ] Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U.S. District Court

8/18/21                                                By: APEDRO

Date                                                   Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (01/17)                    NOTICE OF JURISDICTION / TREATY TRANSFER-IN